IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 1:26-cr-00402 |
| | ) | |
| Plaintiff | ) | JUDGE JOHN ADAMS |
| | ) | |
| vs | ) | |
| | ) | |
| PAMELA BROWN | ) | DEFENDANT BROWN'S |
| | ) | MOTION TO CONTINUE |
| Defendant | ) | ARRAIGNMENT |
| | ) | |

Now comes the Defendant, Pamela Brown by and through undersigned counsel, and hereby respectfully requests that this Honorable Court grant her Motion to Continue Arraignment hearing scheduled for Thursday, October 15, 2026 at 10:30 am.

Defendant has suffered a stroke and is currently hospitalized at MetroHealth. Her discharge date is unknown and even when she is discharged, she will need recovery time at home. Due to this, we would respectfully request that her arraignment that is currently set for October 15, 2026 at 10:30 am be rescheduled for a later date.

This Motion is not made for unnecessary delay and said continuance will service the ends of justice.

Respectfully submitted,

/S/NANCY T. JAMIESON

NANCY T. JAMIESON SC0083880
Attorney for Defendant
11510 Buckeye Road
Cleveland, Ohio 44104
(216) 721-7700

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/S/NANCY T. JAMIESON

NANCY T. JAMIESON
ATTORNEY FOR DEFENDANT

MetroHealth

MetroHealth Medical Center
Department of Neurology

October 12, 2026

To Whom It May Concern:

Pamela Denise Brown was seen in the Neurology Department at MetroHealth on 10/12/2026. At this time, patient is not appropriate for discharge with discharge date to be determined at a later date. Due to this uncertainty of a discharge date and [illegible] necessary time for recovery after leaving the hospital, she will be unable to [illegible] on 10/15/2026 and will likely need more time off to be determined as she ge[illegible] being medically cleared for discharge.

If you have any questions, please feel free to contact me at 216-778-395[illegible]

Sincerely,

Theodore Renner, DO

Exhibit A
Medical Documentation